IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE COLON | : | CIVIL ACTION NO. 1:13-CV-2436 |
|     Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| KELLY HEFFERON | : | |
|     Defendant | : | |

## O R D E R

Before the Court in the captioned action is a September 26, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) This action shall be **TRANSFERRED** to the Court of Common Pleas of Dauphin County, Pennsylvania. The County Court shall rule on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) and on Plaintiff's Motion for Appointment of Counsel (Doc. No. 3).

3) The Clerk of Court shall **CLOSE** the case.

                                                      S/ Yvette Kane
                                                      YVETTE KANE, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania

Dated: October 17, 2013